JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JIMENA ARANDA YGLESIAS,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

No. 5:26-cv-03878-BFM

**JUDGMENT**

On July 17, 2026, the Court issued an order granting the Petition and ordered Petitioner Jimena Aranda Yglesias (A# 245-996-670) to be immediately released on conditions previously imposed. (ECF 10 at 8.) Petitioner's counsel reported that she had been released but that an ankle monitor was placed on Petitioner, which was not a previously imposed condition of release. (ECF 12 at 2.) The Court ordered Respondents to file a status report indicating compliance with its Order. (ECF 13.) Respondents now report that Petitioner's ankle monitor has been removed, and that they are in compliance with the Court's Order. (ECF 14 at 2.)

Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Count Two. The Clerk of Court is directed to close this case.

DATED: July 27, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE